**Bruce L. McNEIL, Plaintiff–Appellant,**

v.

**State of NORTH CAROLINA, DEPARTMENT OF TRANSPORTATION, Defendant–Appellee.**

**No. 01–1171.**

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 23, 2001.

Bruce L. McNeil, pro se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

■ Bruce L. McNeil seeks to appeal the district court's order dismissing his suit. We dismiss the appeal for lack of jurisdiction because McNeil's notice of appeal was not timely filed.

■ Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, *see* Fed.R.App.P. 4(a)(1), unless the district court extends the appeal period under Fed.R.App.P. 4(a)(5) or reopens the appeal period under Fed.R.App.P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on December 27, 2000. McNeil's notice of appeal was filed on January 29, 2001. Because McNeil failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*